was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

---

14818.   SAVANNAH RIVER LUMBER CO. *v.* SMITH.

BROYLES, C. J.   The plaintiff having amended his petition to cure the defect pointed out by this court when the case was previously here (*Savannah River Lumber Co.* v. *Smith*, 28 *Ga. App.* 767, 113 S. E. 46), the court did not err in overruling the demurrer.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1923.

Action for damages; from city court of Savannah—Judge Freeman.   May 21, 1923.

*Hilch, Denmark & Lovett, W. R. Sanderson, A. B. Rowe,* for plaintiff in error.

*Robert L. Colding,* contra.

---

14855.   LONG *v.* THE STATE.

BROYLES, C. J.   The verdict was authorized by the evidence, and the special ground of the motion for a new trial is without merit.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1923.

Indictment for sale of liquor; from Gilmer superior court—Judge Blair.   June 9, 1923.

*John T. Dorsey,* for plaintiff in error.

*John S. Wood, solicitor-general,* contra.

---

14876.   RAY *v.* THE STATE.

BROYLES, C. J.   The verdict was amply authorized by the evidence; and, while some errors were committed upon the trial, none of them, under the particular facts of the case, requires a new trial. The overruling of the certiorari was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1923.   REHEARING DENIED DECEMBER 5, 1923.

Certiorari; from Fulton superior court—Judge Humphries. June 5, 1923.